IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WILLIAMS,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | 05-cv-00717 AWI TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S SOCIAL SECURITY COMPLAINT AND REMANDING FOR FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S PRE-OPERATIVE CONDITION<br>(Doc. 15) |

      Plaintiff Michelle Williams ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her claim for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15). After review of the administrative record and the parties' briefs, the Magistrate Judge issued findings and recommendations on August 7, 2007 to deny Plaintiff's request to reverse or remand the ALJ's decision denying Plaintiff benefits. (Doc. 15). The findings and recommendations were served on all parties on August 7, 2007, and contained notice that any objections to the findings and recommendations were to be filed within ten (10) court days of the date of service.

      On August 17, 2007, Plaintiff timely filed objections to the findings and recommendations. (Doc. 17). According to Plaintiff, the findings and recommendations do not address Plaintiff's pre-operative condition and eligibility for benefits. The Court agrees. The undersigned has considered

Plaintiff's objections and has determined that there is no need to modify the findings and recommendations as to Plaintiff's post-operative condition; however, this case is remanded to address Plaintiff's pre-operative condition.  This Court adopts the findings and recommendations of the Magistrate Judge as to Plaintiff's post-operative condition, but remands the case to the Magistrate Judge for findings and recommendations on Plaintiff's pre-operative condition and eligibility for benefits.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of the case.  Having carefully reviewed the entire file, the Court finds the Magistrate Judge's findings and recommendations are supported by the record and proper analysis as to Plaintiff's post-operative condition.  The Court does not enter judgement and remands the case to the Magistrate Judge for findings and recommendations on Plaintiff's pre-operative condition and eligibility for benefits.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 7, 2007, are ADOPTED IN FULL;
2. The case is REMANDED to the Magistrate Judge for findings and recommendations on Plaintiff's pre-operative condition and eligibility for benefits.

IT IS SO ORDERED.

**Dated:   September 21, 2007**              /s/ **Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE