# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WILLIAMS, | Case No. 1:05-cv-0717 AWI TAG |
| Plaintiff, | ORDER ADOPTING SUPPLEMENTAL FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPEAL FROM AN ADMINISTRATIVE DECISION |
| vs. | (Doc. 21) |
| | ORDER DIRECTING REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ORDER DIRECTING THE CLERK TO ENTER JUDGMENT FOR PLAINTIFF MICHELLE WILLIAMS AND AGAINST DEFENDANT MICHAEL J. ASTRUE |
| Defendant. | |

Plaintiff Michelle Williams ("Plaintiff"), through counsel, filed a complaint seeking judicial review of an administrative decision denying her application for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 et seq. (Doc. 1). The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c)(15).

On August 7, 2007, the Magistrate Judge filed Findings and Recommendations recommending that Plaintiff's complaint be denied in its entirety. (Doc. 15). On September 21, 2007, the District Court Judge assigned to this action adopted the August 7, 2007, Findings and Recommendations in part and remanded the matter to the Magistrate Judge for Findings and Recommendations on Plaintiff's pre-operative condition and eligibility for benefits. (Doc. 19).

Pursuant to the remand order, the Magistrate Judge issued Supplemental Findings and Recommendations on January 3, 2008, which were served on the parties and contained notice

that any objections to the Supplemental Findings and Recommendations were to be filed within fifteen (15) days of the date of service. (Doc. 21). The parties have not filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the Supplemental Findings and Recommendations filed on January 3, 2008, to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Supplemental Findings and Recommendations filed on January 3, 2008, (Doc. 21), are ADOPTED IN FULL; and

2. Plaintiff's complaint is GRANTED with respect to the period commencing May 1, 2003 and ending August 19, 2004, and DENIED with respect to the period after August 19, 2004; and

3. The matter is REMANDED, pursuant to Sentence Four of 42 U.S.C. § 405(g), for further consideration, findings, and a decision on the issue of whether Plaintiff is entitled to Supplemental Security Income benefits for her pre-operative period; i.e., from May 1, 2003 through August 19, 2004. The Defendant is DIRECTED to address in his decision Plaintiff's pre-operative allegations of pain, ailments, the effect that her obesity may have had on her pre-operative heart condition, if he finds that said condition pre-dated her heart surgery, and her residual functional capacity; and

4. The Clerk of Court is DIRECTED to enter judgment for Plaintiff Michelle Williams and against Defendant Michael J. Astrue and to close this action.

IT IS SO ORDERED.

**Dated:   February 6, 2008**                 /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE