```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX,
 3  Social Security Administration
    LEO R. MONTENEGRO
 4  Special Assistant United States Attorney

 5     333 Market Street, Suite 1500
       San Francisco, California 94105
 6     Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
 7     E-Mail: Shea.Bond@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| MICHELLE WILLIAMS, )<br>　　　　　　　　　　　　　　　 )<br>　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　v. 　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>MICHAEL J. ASTRUE, 　　　　 )<br>Commissioner of 　　　　　　　 )<br>Social Security, 　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　　Defendant. 　　　　　　 )<br>_____) | CIVIL NO. 1:05-cv-0717 AWI TAG<br><br>STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND THREE HUNDRED dollars and 00 cents ($4,300.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

　　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND THREE HUNDRED dollars and 00 cents ($4,300.00) in EAJA

attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: August 1, 2008        /s/ *Denise Bourgeois Haley*
                             *(As authorized via email)*
                             DENISE BOURGEOIS HALEY
                             Attorney for Plaintiff

Dated: August 8, 2008        McGREGOR W. SCOTT
                             United States Attorney
                             LUCILLE GONZALES MEIS
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/ Leo R. Montenegro*
                             LEO R. MONTENEGRO
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:   August 11, 2008**              **/s/ Anthony W. Ishii**
                                          CHIEF UNITED STATES DISTRICT JUDGE